WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
208 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
Fax: 702 258-8787

U.S. Bank National Association, as Trustee for CSMC Mortgage-Backed Pass-Through Certificates, Series 2006-7
10-73270

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In Re:

Joel C. Liberti

Debtor

09-24035
Date:
Time:

Chapter 7

## DECLARATION IN SUPPORT OF THE MOTION
## FOR RELIEF FROM AUTOMATIC STAY

THE UNDERSIGNED DECLARES AND STATES:

1) I am over eighteen years of age and am employed by America's Servicing Company servicer for Secured Creditor in the instant action. I have personal knowledge of the foregoing, except as to those matters stated under information and belief, and as to those matters I believe them to be true, and if called upon as a witness I could and would competently testify thereto.

2) I am employed as the ___VP Loan Documentation___ with America's Servicing Company and I am familiar with Secured Creditor's treatment of loans involved in Bankruptcy proceedings. The records in question are maintained under my control and supervision.

3) These documents include, but are not necessarily limited to, loan documents, including promissory notes and deeds of trust and assignments kept in the ordinary course of business, entries

are made in the records of U.S. Bank National Association, as Trustee for CSMC Mortgage-Backed Pass-Through Certificates, Series 2006-7, at or about the time of any loan activity reflecting that activity, and payment histories on the subject loan.

4)  Secured Creditor asserts that there has not been any contact from the Debtor or the Debtor's Attorney in regards to negotiating a loan modification for loan ending in 3158.

I declare under penalty of perjury that the foregoing is true and correct.

BY: _____
LeeAnn Anderson
VP Loan Documentation

SUBSCRIBED AND SWORN TO before me, the undersigned notary public, on the ___5___ of October, 2010.

_____
Notary Public



CHRISTINA TRAYNOR
Notary Public, South Carolina
My Commission Expires
April 17, 2017

| | |
|---|---|
| WILDE & ASSOCIATES<br>Gregory L. Wilde, Esq.<br>Nevada Bar No. 004417<br>208 South Jones Boulevard<br>Las Vegas, Nevada 89107<br>Telephone: 702 258-8200<br>bk@wildelaw.com<br>Fax: 702 258-8787<br>and<br>MARK S. BOSCO, ESQ.<br>Arizona Bar No. 010167<br>TIFFANY & BOSCO, P.A.<br>2525 East Camelback Road, Suite 300<br>Phoenix, Arizona 85016<br>Telephone: (602) 255-6000 | Electronically Filed on _____ |

U.S. Bank National Association, as Trustee for CSMC Mortgage-Backed Pass-Through Certificates, Series 2006-7
10-73270

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In Re:<br><br>Joel C. Liberti<br><br><br>            Debtor | 09-24035<br>  Date:<br>  Time:<br><br>Chapter 7 |

### CERTIFICATE OF MAILING

1. On  10/8/10  I served the following documents(s):

DECLARATION IN SUPPORT OF THE MOTION FOR RELIEF FROM AUTOMATIC STAY

2. I served the above-named document(s) by the following means to the persons as listed below:

  X   a. ECF System

      Samuel S. Anter
      ssagjblaw@yahoo.com
      Attorney for Debtor

1  James F. Lisowski, Sr.
2  cnadolsky@s-mlaw.com
   Trustee

3  X  b. **United States mail, postage fully prepaid:**

4

5  Samuel S. Anter
   2217 Paradise Rd.
6  Las Vegas, NV 89104
   Attorney for Debtor
7
   James F. Lisowski, Sr.
8  P.O Box 95695
   Las Vegas, NV 89193
9  Trustee

10
   Joel C. Liberti
11 3687 N Braewood Ave
   Las Vegas, NV 89120
12 Debtor

13 IRS
   Attention: Managing Agent
14 110 City Parkway, MS 5028
   Las Vegas, NV 89106
15

16 ☐  c. **Personal Service**

17 I personally delivered the document(s) to the persons at these addresses:

18 ☐ 1. For a party represented by an attorney, delivery was made by handing the
19 document(s) to the attorney's office with a clerk or other person in charge, or if no one is charge by
20 leaving the document(s) in a conspicuous place in the office.

21 ☐ 2. For a party, delivery was made by handing the document(s) to the party or by
22 leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable
23 age and discretion residing there.

24 ☐  d. **By direct mail**
25 Based upon the written assignment of the parties to accept service by email or a court order. I
26 caused the document(s) to be sent to the persons at the mail addresses listed below. I did not receive,

within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐ **e. By fax transmission**

Based upon the written assignment of the parties to accept service by fax transmission or a court order. I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

☐ **f. By messenger**

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.

**I declare under penalty of perjury that the foregoing is true and correct.**

DATED this ___8th___ day of October, 2010.

By: _____